Sororazam Bethune, Appellant, v MTA Long Island Bus, Respondent, et al., Defendant.

Submitted July 25, 2016; decided September 8, 2016

On the Court's own motion, appeal, insofar as taken from the March 2016 Supreme Court order and the April 2016 Supreme Court judgment, dismissed, without costs, as untimely (*see* CPLR 5513 [a]); appeal, insofar as taken from the June 2016 Appellate Division order, dismissed, without costs, upon the ground that such order does not finally determine the action within the meaning of the Constitution. Motion, insofar as it seeks leave to appeal from the March 2016 Supreme Court order and the April 2016 Supreme Court judgment, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the June 2016 Appellate Division order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

Marie Castiglione et al., Respondents, v Robert Kruse et al., Appellants.

Submitted June 20, 2016; decided September 8, 2016

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 27 NY3d 1018 (2016)].

CF HY LLC, Respondent, v Hudson Yards LLC et al., Defendants, and Baruch Singer, Appellant.

Submitted June 27, 2016; decided September 8, 2016

Motion for leave to appeal dismissed upon the ground that no motion for leave to appeal lies pursuant to CPLR 5602 (a) (1) (ii) from the April 2016 order of Supreme Court because that order does not finally determine the action within the meaning of the Constitution.